UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 20-cr-0034 (WMW/KMM) |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| Scott Allen Klinghagen, | |
| Defendant. | |

---

WHEREAS, on July 20, 2020, this Court entered a Preliminary Order of Forfeiture forfeiting certain property to Plaintiff United States of America pursuant to 18 U.S.C. § 2253(a);

WHEREAS, the United States posted a Notice of Criminal Forfeiture for at least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on July 23, 2020, providing notice of the intention of the United States to dispose of the below-described property in accordance with law, and of the right of third parties to petition the Court within 60 days after the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Plaintiff United States of America's motion for a final order of forfeiture, (Dkt. 53), is **GRANTED**.

2. All right, title and interest in the following property are hereby forfeited to and vested in the United States pursuant to 18 U.S.C. § 2253(a):

    a. One black Motorola cell phone, CE Type M390A;

    b. One black Samsung cell phone, model SM-S327VL, IMEI 354308080675175, FCC ID A3LSMS327VL;

    c. One black Dell laptop, serial number BYY4D82;

    d. One Toshiba hard drive, serial number 26QOC8OST GSD HDKEB98D2A02 T; and

    e. One grey Toshiba laptop, model Satellite L855-S5119, serial number 3D143339Q.

3. The United States shall dispose of the above-described property in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 22, 2021

                                                                     s/Wilhelmina M. Wright
                                                                     Wilhelmina M. Wright
                                                                     United States District Judge