UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 20-cr-0034 (WMW/KMM) |
| Plaintiff, | |
| v. | **ORDER** |
| Scott Allen Klinghagen, | |
| Defendant. | |

---

Defendant Scott Allen Klinghagen moves to strike Plaintiff United States of America's May 16, 2022 response to Klinghagen's motion to vacate his convictions and sentence under 28 U.S.C. § 2255, arguing that the response is untimely. (Dkt. 70.) Klinghagen also separately moves for a finding that the United States has waived its untimely arguments. (Dkt. 69.)

In an April 25, 2022 Order, the Court granted the United States's motion for an extension of time to respond to Klinghagen's Section 2255 motion. In doing so, the Court ordered the United States to file a response on or before May 16, 2022, and ordered Klinghagen to file a reply no later than June 13, 2022. Because the United States filed a timely response, Klinghagen's motion to strike and motion for a finding of waiver are denied.

However, the Court has learned that the April 25, 2022 Order modifying the briefing schedule was not mailed to Klinghagen, who lacks access to the Electronic Case Files (ECF) system. The Clerk of Court has now been directed to mail the April 25, 2022 Order

to Klinghagen. Because Klinghagen did not receive timely notice of the briefing schedule modifications, the Court now extends until June 30, 2022, Klinghagen's deadline to file a reply brief in support of his Section 2255 motion.

## ORDER

Based on the foregoing analysis and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

1. Defendant Scott Allen Klinghagen's motion for a finding that Plaintiff United States of America has waived its arguments, (Dkt. 69), is **DENIED**.

2. Klinghagen's motion to strike the United States's response as late, (Dkt. 70), is **DENIED**.

3. Klinghagen may file a reply brief in support of his Section 2255 motion no later than June 30, 2022.

4. The Clerk of Court shall mail a copy of this Order to Klinghagen.

Dated: June 10, 2022

s/Wilhelmina M. Wright  
Wilhelmina M. Wright  
United States District Judge